# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY FUENTES,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES YATES, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:11-cv-00457-SKO PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

   Plaintiff Jerry Fuentes is a state prisoner proceeding pro se in this civil action for violation of his rights under California law and 42 U.S.C. § 1983. Defendants Yates and Igbinosa removed this action from Fresno County Superior Court on March 17, 2011. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c)(2). Defendants seek a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

   Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.


IT IS SO ORDERED.

**Dated:   March 24, 2011**                         /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE

1